# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00017-CV

**Baskerville O. Weaver, Appellant**

**v.**

**Deborah Eklund White, Appellee**

## FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
## NO. 14-2285, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on October 19, 2017. On November 2, 2017, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by November 13, 2017, would result in the dismissal of this appeal for want of prosecution. On November 13, 2017, appellant, acting pro se, filed a first motion for extension of time, requesting that the Court extend the time for filing appellant's brief until January 29, 2018, a date 102 days past his original due date. We grant in part the motion for extension of time and order appellant to file a brief no later than December 6, 2017. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on November 16, 2017.

Before Justices Puryear, Field, and Bourland